IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL ERIC GOULD | : | CIVIL ACTION |
| | : | |
| v. | : | No. 10-3370 |
| | : | |
| SUPERINTENDENT JEROME WALSH, et al. | : | |

**ORDER**

AND NOW, this 26th day of July, 2011, upon careful and independent consideration of Petitioner Carl Eric Gould's pro se Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DENIED and DISMISSED;

3. There is no probable cause to issue a certificate of appealability; and,

4. The Clerk of the Court shall mark this case CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Report and Recommendation was sent to all parties of record on June 24, 2011. Pursuant to Local Civil Rule 72.1 IV(b), a party may object to a magistrate judge's report "within fourteen (14) days after being served with a copy thereof." As of today's date, no objections have been filed.